OPINION — AG — ** PARDON AND PAROLE BOARD — CHAIRMANSHIP **(1) THE CHAIRMAN OF THE PARDON AND PAROLE BOARD IS SELECTED BY SAID BOARD AND SERVES IN SUCH CAPACITY AT THE BOARD'S PLEASURE, AND (2) IT WOULD BE " CONSISENT WITH THE LAW TO ROTATE THE CHAIRMANSHIP " AND THE SELECTION IS NOT REQUIRED TO BE " FOR THE TENURE (OR THE REMAINING TENURE) OF THE BOARD ". (TERM OF OFFICE, STATE AGENCY, SALARY) CITE: 57 O.S. 332.4 [57-332.4] (J. H. JOHNSON)